# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARN K. SAEPHAN,<br><br>                Plaintiff,<br><br>   v.<br><br>CASTILLO, et. al.,<br><br>               Defendants. | CASE NO: 1:07-cv-00944 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 9)<br><br>ORDER THAT THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G) |

Plaintiff Sarn K. Saephan ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 14, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and

1  Recommendations to be supported by the record and by proper analysis.

2      Accordingly, IT IS HEREBY ORDERED that:

3      1.    The Findings and Recommendations, filed May 14, 2008, is adopted in full;

4      2.    This action is DISMISSED, with prejudice, for plaintiff's failure to obey a court order,

5      and for failure to state a claim upon which relief may be granted; and

6      3.    This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915 (g).

8  IT IS SO ORDERED.

9  **Dated:   June 19, 2008**        **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE